EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
HENRY L. CHI, CSBN 265009
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel, Region IX
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone:  415-977-8953
    Facsimile:  415-744-0134
    E-Mail:  henry.chi@ssa.gov
Attorneys for Defendant
CAROLYN W. COLVIN

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| DIANE E. PATLAN, | Case No: 5:15-cv-01986-KS |
| Plaintiff | **[PROPOSED]** **JUDGMENT OF REMAND** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

//
//
//
//

1

1  The Court having approved the parties' Stipulation to Voluntary Remand Pursuant
2  to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to
3  Remand") lodged concurrent with the lodging of the within Judgment of Remand,
4  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-
5  captioned action is remanded to the Commissioner of Social Security for further
6  proceedings consistent with the Stipulation to Remand.

DATED: March 3, 2016

_____
HON. KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE