UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE PATLAN, ) | Case No.: EDCV 15-1986-KS |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER AWARDING EAJA FEES |
| ) | |
| vs. ) | |
| CAROLYN W. COLVIN, Acting ) Commissioner of Social Security, ) | |
| ) | |
| Defendant ) | |

Based upon the parties' Stipulation for EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND SIX HUNDRED FORTY DOLLARS AND 50/100 ($1,640.50) subject to the terms of the Stipulation.

DATE:   April 26, 2016

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE